No. 11–6285.  IN RE MOGHADDAM.  Petitions for writs of mandamus denied.

No. 11–232.  IN RE TAYLOR.  Petition for writ of mandamus denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5810.  IN RE JACKSON.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed.  See this Court's Rule 39.8.  JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 11–173.  IN RE PHILLIPS.  Petition for writ of prohibition denied.

No. 10–1042.  FREEMAN ET AL. *v.* QUICKEN LOANS, INC.  C. A. 5th Cir.  Certiorari granted.

No. 10–1320.  BLUEFORD *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari granted.

No. 10–1447.  BONDS *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–1478.  HENRY ET UX. *v.* JEFFERSON COUNTY COMMISSION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–1513.  DEFOE, A MINOR, BY AND THROUGH HIS PARENT AND GUARDIAN DEFOE, ET AL. *v.* SPIVA ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 10–9659.  ROCHA *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

